IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DORSEY, | No. C 09-05459 CW (PR) |
|     Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
|   v. | |
| VALLEJO POLICE DEPARTMENT, | |
|     Defendant. / | |

    Plaintiff filed the present pro se prisoner complaint under 42 U.S.C. § 1983 while he was incarcerated at California Training Facility in Soledad, California.  On November 23, 2009, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because Plaintiff had been "paroled."  To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by

the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address.  Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  Plaintiff's application to proceed in forma pauperis (docket no. 2) is DENIED as incomplete.

The Clerk of the Court shall enter judgment in accordance with this Order, terminate all pending motions, and close the file.

IT IS SO ORDERED.

Dated:  2/2/10

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CARL DORSEY,

        Plaintiff,

v.

VALLEJO POLICE DEPT. et al,

        Defendant.

Case Number: CV09-05459 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carl Dorsey G07158
CTF - Soledad State Prison
P.O. Box 698
D-4-79up
Soledad, CA 93960

Dated: February 2, 2010

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3